OPINIONS PER CURIAM, ETC., FROM JANUARY 7
TO FEBRUARY 25, 1907.

No. 13. Original. *Ex parte:* IN THE MATTER OF THE MONTANA MINING COMPANY, LIMITED, PETITIONER. Petition for a writ of mandamus. Argued November 6 and 7, 1906. Decided January 14, 1907. Stricken from the docket. *Mr. Charles J. Hughes, Jr., Mr. W. E. Cullen, Mr. Aldis B. Browne* and *Mr. Alexander Britton* for petitioner. *Mr. Arthur Brown, Mr. J. H. Ralston, Mr. M. S. Gunn, Mr. F. L. Siddons* and *Mr. T. C. Bach* for respondent. .

---

No. 150. ABEL P. BORDEN ET AL., PLAINTIFFS IN ERROR, *v.* THE TRESPALACIOS RICE AND IRRIGATION COMPANY. In error to the Supreme Court of the State of Texas. Submitted January 11, 1907. Decided January 14, 1907. *Per Curiam:* Judgment affirmed with costs. *Strickley* v. *Highland Boy Mining Company,* 200 U. S. 527, 531; *Clark* v. *Nash,* 198 U. S. 361. *Mr. Venable B. Proctor* for plaintiffs in error. *Mr. Henry C. Coke* for defendant in error.

---

No. 160. THE UNITED STATES, APPELLANT, *v.* BENJAMIN H. HOWELL, SON & Co. Appeal from the Circuit Court of the United States for the Southern District of New York. Confession of error and motion to reverse and remand submitted January 14, 1907. Decided January 15, 1907. *Per Curiam:* Decree reversed on confession of error by appellees, and case remanded for further proceedings according to law. *The Attorney General* for appellant. *Mr. Bronson Winthrop* for appellees.

---

No. 3. THE STATE OF SOUTH CAROLINA EX RELATIONE O. W. BUCHANAN, PLAINTIFF IN ERROR, *v.* R. H. JENNINGS